IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEITHIAN LATODD BROWN, 1690061,     ) | |
|           Petitioner,     ) | |
|     ) | |
| v.     ) | No. 3:13-CV-5034-N |
|     ) | |
| WILLIAM STEPHENS,     ) | |
| Director TDCJ-CID,     ) | |
|           Respondent.     ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE, AND
DENYING CERTIFICATE OF APPEALABILITY**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. The Respondent filed objections and the Petitioner filed a response to the objections. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 27th day of May, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE